UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

United States of America            )
                                    )        Docket No. 4:15CR00856-002
vs.                                 )
                                    )        ORDER TO RESCIND
                                    )        BOND VIOLATION
Darrell Lucas Jordan                )        WARRANT AND PETITION
                                    )
_____)

On May 21, 2019, the United States Probation Office requested a warrant be issued by the Court due to location monitoring violations. The Court ordered the issuance of a warrant on May 24, 2019.

On May 29, 2019, the defendant appeared in U.S. District Court for a probation violation hearing before the Honorable R. Bryan Harwell, United States District Judge. Judge Harwell was advised of the bond violations at that time. Based on this information, we are requesting the bond violation warrant issued on May 28, 2019, and the related petition, be rescinded.

        IT IS SO ORDERED.

                                    _____
                                    Kaymani D. West
                                    United States Magistrate Judge


May 29 , 2019
Florence, South Carolina